# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARTRELL RAMON SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　Defendant(s). | No. CV 09-4855-AG (AGR)<br><br>**JUDGMENT** |

　　　Pursuant to the order adopting the magistrate judge's report and recommendation,

　　　IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: July 30, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE